UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE SPENCER TWO EAGLES | CIVIL ACTION |
| VERSUS | NO. 12-294 |
| U.S. MAGISTRATE COURT JUDGE DANIEL E. KNOWLES III ET AL. | SECTION "N" (2) |

## **ORDER**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 17, 2012 (Rec. Doc. No. 6), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(iii).

New Orleans, Louisiana, this 27th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

